367 A.2d 1089

COMMONWEALTH of Pennsylvania

v.

Ezra BOZEMAN, Appellant.

Supreme Court of Pennsylvania.

Jan. 28, 1977.

Ezra Bozeman, in pro. per.  John J. Dean, Anthony J. Lalama, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Thomas M. Lilly, Charles W. Johns, Asst. Dist. Attys., Pittsburgh, for appellee.

Before JONES, C. J. and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.